UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Juan Carlos Mendoza            Docket No. 7:08-CR-125-1FL

**Petition for Action on Supervised Release**

     COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Juan Carlos Mendoza, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 17, 2009, to the custody of the Bureau of Prisons for a term of 134 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On December 29, 2014, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 120 months imprisonment. Juan Carlos Mendoza was released from custody on December 5, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

     Per the Judgment and Commitment Order, the defendant was ordered to pay a $100 special assessment and $4,000 fine immediately. According to Mendoza's supervising probation officer in the Western District of Texas, the defendant has limited income, and therefore, has only been able to make monthly payments of $25 since his release from incarceration. However, the supervising officer also noted Mendoza earns a monthly income of approximately $1,100 and has the ability to pay $50 per month. Due to the defendant's financial situation, it is respectfully recommended that he be allowed to pay his outstanding financial obligation of $2,265 at the rate of $50 per month. The defendant signed a Waiver of Hearing agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay his outstanding court ordered financial obligation at the rate of $50 per month beginning April 1, 2017.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: March 22, 2017 |

**Juan Carlos Mendoza**
**Docket No. 7:08-CR-125-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this  23rd  day of  March , 2017, and ordered filed and made a part of the records in the above case.

*/s/ Louise W. Flanagan*
Louise W. Flanagan
U.S. District Judge